**STATE of Missouri,
Plaintiff/Respondent,**

**v.**

**David Scott CATTOOR,
Defendant/Appellant.**

**David Scott Cattoor, Movant,**

**v.**

**State of Missouri, Respondent.**

**Nos. 67274, 74044.**

Missouri Court of Appeals,
Eastern District,
Division One.

May 25, 1999.

Raymond J. Capelovitch, Asst. Public Defender, St. Louis, for appellant.

Jeremiah W, (Jay) Nixon, Atty. Gen., Meghan J. Stephens, Asst. Atty. Gen., Jefferson City, for respondent.

Before PUDLOWSKI, P.J., CRANDALL and AHRENS, J.J.

*O R D E R*

PER CURIAM.

David Scott Cattoor appeals from a conviction of one count of robbery in the first degree, in violation of Section 569.020 RSMo 1994. He was sentenced to twenty years imprisonment in the Missouri Department of Corrections. This appeal is consolidated with an appeal from the denial of his Rule 29.15 motion for post-conviction relief. The judgment of conviction is affirmed. Rule 30.25(b). The denial of post-conviction relief is affirmed. Rule 84.16(b).